[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 15-11351

_____

D.C. Docket No. 5:13-cv-00528-JSM-PRL

MARIE HENRY,
as guardian, parent, next of kin, and
for and on behalf of M.E. Henry-Robinson,
a minor,

Plaintiff - Appellant,

versus

CITY OF MT. DORA,
a municipal corporation and political
subdivision of the State of Florida,
BRETT LIVINGSTON,
individually and in his official capacity,
L. SEVERANCE,
individually and in her official capacity,

Defendants - Appellees.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(May 31, 2017)

Before HULL, JULIE CARNES, and BARKSDALE,[*] Circuit Judges.

PER CURIAM:

Plaintiff Marie Henry sued the City of Mt. Dora and police officers Brett Livingston and L. Severance on behalf of her minor daughter pursuant to 42 U.S.C. § 1983.  Among other things, plaintiff alleged that these officers had arrested her minor daughter without probable cause in violation of the latter's constitutional rights.  The officers moved to dismiss these false arrest claims, and the district court granted the  motion.  Plaintiff has appealed the district court's judgment dismissing these false arrest claims.

Having heard oral argument and carefully reviewed the record, we find no reversible error in the district court's order dismissing plaintiff's § 1983 false arrest claims against the above officers.  We therefore **AFFIRM** the district court's order of dismissal.

---

[*] Honorable Rhesa H. Barksdale, United States Circuit Judge for the Fifth Circuit, sitting by designation.